1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARK ANTHONY BROWN,                    No.  2:22-cv-1001 DAD CKD P

12              Plaintiff,

13        v.                                ORDER

14   W. EMMERT, et al.,,

15              Defendants.

16

17        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis.  Plaintiff seeks

18   relief pursuant to 42 U.S.C. § 1983.  On October 12, 2022, process directed to defendant Lieu was

19   returned unserved.  Plaintiff must provide additional information to serve this defendant.

20   Accordingly, IT IS HEREBY ORDERED that:

21        1.  The Clerk of the Court is directed to send to plaintiff a USM-285 form, a summons, an

22   instruction sheet and a copy of the complaint filed June 9, 2022.

23   /////

24   /////

25   /////

26   /////

27   /////

28   /////

1

2.  Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

        a.  A completed USM-285 form;

        b.  Two copies of the endorsed complaint filed June 9, 2022; and

        c.  One completed summons form.

Dated:  October 18, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
brow1001.8e

1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARK ANTHONY BROWN                    No.  2:22-cv-1001 DAD CKD P

12               Plaintiff,

13        v.                                NOTICE OF SUBMISSION

14   W. EMMERT, et al.,                     OF DOCUMENTS

15               Defendants.

16

17        Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____ :

19        ____        completed summons form

20        ____        completed USM-285 forms

21        ____        copies of the _____

22                          Complaint

23   DATED:

24

25

26

27                                    _____

28                                         Plaintiff

3