IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK BROWN,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**EMMERT, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-01001-DAD-CKD<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE** |

　　Good Cause Appearing, Defendant's request for a fourteen-day extension of time, through and including November 18, 2022, to file a waiver of service on behalf of Defendant Emmert in this action is **GRANTED**.

　　**IT IS ORDERED** that Defendant Emmert shall file a waiver of service on or before November 18, 2022.

Dated: November 7, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE