IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARK ANTHONY BROWN, | 2:22-cv-01001-DAD-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| W. EMMERT, et al., | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to file a responsive pleading is granted. The deadline for Defendants to file a responsive pleading is extended to March 6, 2023.

Dated:  November 30, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE