UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>W. EMMERT, et al.,<br><br>　　　　　Defendants. | No. 2:22-cv-1001 DAD CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2022, plaintiff was ordered to complete and return to the court a USM-285 form and copies of his complaint which are required to effect service on defendant Lieu. On December 9, 2022, plaintiff submitted the copies of the operative complaint but failed to provide identifying information for defendant Lieu on the USM-285 form.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court is directed to send plaintiff a blank USM-285 form; and

　　　　2. Within thirty days, plaintiff shall submit to the court a completed USM-285 form for

/////

/////

/////

/////

1

defendant Lieu.  Failure to return a completed form within the specified time period will result in a recommendation that this action be dismissed.

Dated:  January 3, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly/brow1001.8f

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY BROWN,<br><br>          Plaintiff,<br><br>   v.<br><br>W. EMMERT, et al.<br><br>          Defendants. | No.  2:22-cv-1001 DAD CKD P<br><br><u>NOTICE OF SUBMISSION</u><br><u>OF DOCUMENTS</u> |

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_\_           completed USM-285 form

DATED:

                                                                                        _____
                                                                                            Plaintiff

3